**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ANTONIO ARREOLA-LEON,<br><br>Defendant. | 2:09-CR-164 JCM (GWF) |

### ORDER

Presently before the court are the report and recommendation of United States Magistrate Judge George Foley, Jr. (Doc. # 32), filed on January 27, 2010.

Local Rule IB 3-2 states that any party wishing to object to the findings and recommendations of a magistrate judge shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. Here, no objections were filed.

Upon review of the magistrate judge's findings and recommendation (Doc. #32) and there being no objections filed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the report and recommendation of United States Magistrate Judge George Foley, Jr. (Doc. # 32) is AFFIRMED in its entirety. Defendant's motion to dismiss based on prior unlawful deportation (Doc. #23) hereby is DENIED.

DATED April 16, 2010.

_____
UNITED STATES DISTRICT JUDGE